UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130 MJD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULA ANGELIQUE CARTER,<br><br>Defendant,<br><br>CAPTAIN KEN FROZEN FOODS,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Paula Carter, the judgment debtor, and
Captain Ken Frozen Foods, garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Paula Carter.

On October 21, 2003, the parties entered into an Agreed Final Order and Garnishment. As of the date of entry of the Agreed Final Order and Garnishment, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld $30 of the judgment debtor's disposable earnings each month, pursuant to the garnishment

order. The payments received by the U.S. Attorney's Office are reflected on the attachment Payment History.

Dated: April 4, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600