# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | ) | |
| | ) | Criminal No. 00-130 MJD |
| PAULA ANGELIQUE CARTER,<br><br>Defendant. | ) | |

I hereby certify that on April 4, 2005, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Paula Carter
XXXX XXXX XXXX XXXXXX
Inver Grove Heights, MN 55076

Captain Ken Frozen Foods
ATTN: Payroll
344 South Robert Street
St. Paul, MN 55107

s/Becky L. Nye