PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Paula Angelique Carter**

**Docket No. 0:00CR00130-002(MJD)**

**Petition on Probation**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Paula Angelique Carter** who was sentenced for Accessory to Armed Bank Robbery After the Fact on December 13, 2000, by the Honorable Michael J. Davis, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- CCC for 12 months
- Substance abuse testing
- Drug treatment
- Alcohol treatment
- Alcohol restrictions
- Mental health treatment
- Pay $7,848 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 12, 2005, Ms. Carter was cited for Disorderly Conduct by the Cottage Grove, Minnesota, Police Department.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
SEP 12 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 8th day of September, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

David J. Schwab
Senior U.S. Probation Officer

Executed on September 7, 2005
Place St. Paul