CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Court No. 00-130 MJD |
| | ) | |
| PAULA ANGELIQUE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on _April 10, 2006___, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Captain Ken Frozen Foods
Attn: Payroll Representative
344 South Robert Street
St. Paul, MN 55107

Paula Angelique Carter
XXXX
Inver Grove Heights, MN 55076

_s/ Jessica Scott____________