UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-130(02) MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULA ANGELIQUE CARTER,<br><br>Defendant,<br><br>CAPTAIN KEN FROZEN FOODS,<br><br>Garnishee. | ) | NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT |

TO: Paul Angelique Carter, the judgment debtor, and Captain Ken Frozen Foods, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the final accounting of the garnishment of defendant, Paula Angelique Carter.

An Agreed Final Order in Garnishment was duly issued by the Court on or about October 17, 2003. As of the date of the Order, the garnishee, as the judgment debtor's employer, had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

Pursuant to the Agreed Final Order In Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

PLEASE TAKE NOTICE: If you, the judgment debtor or the garnishee, object to this accounting, you must file: (1) a written objection to the accounting, and (2) a request for a hearing, stating your grounds for the objection within 10 days from the date you receive this final accounting, with the Clerk of Court, United States District Court, 202 United States Courthouse Building, 300 South Fourth Street, Minneapolis, Minnesota 55415. The court shall hold a hearing on the objection within 10 days after the court receives the request for a hearing, or as soon thereafter as is practicable. 28 U.S.C. § 3205(c)(9)(B).

Dated: October 12, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600