PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-OCT-2006 FOR: 2001Z00004/003 

DEBTOR: Carter, Paula Angelique

COURT NUMBER: 00-130(02) PRIORITY CODE: 02

CURRENT LIABILITY BALANCE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | PMNT | 6B | 10-NOV-2003 | GC/H | captain Kens - Paula | | 700429594 | | $15.00 | 12-NOV-2003 |
| 0021 | PMNT | 6B | 25-NOV-2003 | GC/H | Cpt Ken's - Paula | | 400270977 | | $15.00 | 26-NOV-2003 |
| 0022 | PMNT | 6B | 08-DEC-2003 | GC/H | Captain Ken - Carter | | 400271147 | | $15.00 | 09-DEC-2003 |
| 0023 | PMNT | 6B | 22-DEC-2003 | GC/H | Paula - Capt Ken's | | 400271489 | | $15.00 | 23-DEC-2003 |
| 0024 | PMNT | 6B | 07-JAN-2004 | GC/H | Capt Ken's Paula | | 400271687 | | $15.00 | 07-JAN-2004 |
| 0026 | PMNT | 6B | 20-JAN-2004 | GC/H | Carter-Cpt Ken's Foo | | 400272106 | | $15.00 | 21-JAN-2004 |
| 0027 | PMNT | 6B | 18-FEB-2004 | GC/H | Carter - Cpt. Kens F | | 400272559 | | $15.00 | 18-FEB-2004 |
| 0028 | PMNT | 6B | 01-MAR-2004 | GC/H | Cpt Ken- Paula Carte | | 400272768 | | $15.00 | 02-MAR-2004 |
| 0029 | PMNT | 6B | 15-MAR-2004 | CL/A | Cpt Ken Carter | | 400273066 | | $15.00 | 16-MAR-2004 |
| 0030 | PMNT | 6B | 29-MAR-2004 | GC/H | Capt Ken - Carter | | 400273299 | | $15.00 | 30-MAR-2004 |
| 0031 | PMNT | 6B | 12-APR-2004 | GC/H | Ct Ken's Angela Cart | | 400273491 | | $15.00 | 12-APR-2004 |
| 0034 | PMNT | 6B | 26-APR-2004 | GC/H | Carter - Cpt Ken's | | 400273899 | | $15.00 | 27-APR-2004 |
| 0035 | PMNT | 6B | 10-MAY-2004 | GC/H | Carter- Cpt Ken's | | 400274126 | | $15.00 | 10-MAY-2004 |
| 0036 | PMNT | 6B | 24-MAY-2004 | GC/H | Cpt Ken's - Paula Ca | | 400274455 | | $15.00 | 24-MAY-2004 |
| 0037 | PMNT | 6B | 07-JUN-2004 | GC/H | Carter - Cpt Ken's | | 400274625 | | $15.00 | 07-JUN-2004 |
| 0038 | PMNT | 6B | 21-JUN-2004 | CL/A | Cpt Ken - P. Carter | | 400274957 | | $15.00 | 21-JUN-2004 |
| 0039 | PMNT | 6B | 06-JUL-2004 | GC/H | Ct. Ken's-P. Carter | | 400275194 | | $15.00 | 07-JUL-2004 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-OCT-2006 FOR: 2001Z00004/003 PAGE: 2 OF 4

DEBTOR: Carter, Paula Angelique

COURT NUMBER: 00-130(02) PRIORITY CODE: 02

CURRENT LIABILITY BALANCE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0042 | PMNT | 6B | 19-JUL-2004 | GC/H | Carter - Cpt Ken's | | 400275598 | | $15.00 | 19-JUL-2004 |
| 0043 | PMNT | 6B | 16-AUG-2004 | GC/H | Capt Ken's Foods | | 400276189 | | $15.00 | 25-AUG-2004 |
| 0044 | PMNT | 6B | 30-AUG-2004 | GC/H | Paula Carter | | 400276380 | | $15.00 | 01-SEP-2004 |
| 0045 | PMNT | 6B | 13-SEP-2004 | GC/H | Captain Ken's | | 400276601 | | $15.00 | 14-SEP-2004 |
| 0046 | PMNT | 6B | 27-SEP-2004 | GC/H | Captain Ken's | | 400276895 | | $15.00 | 28-SEP-2004 |
| 0047 | PMNT | 6B | 13-OCT-2004 | GC/H | Captain Ken's Foods | | 400277371 | | $15.00 | 14-OCT-2004 |
| 0050 | PMNT | 6B | 26-OCT-2004 | GC/H | Captain Ken's Foods | | 400277507 | | $15.00 | 27-OCT-2004 |
| 0051 | PMNT | 6B | 16-NOV-2004 | GC/H | Capt Ken's - Carter | | 400277857 | | $15.00 | 16-NOV-2004 |
| 0052 | PMNT | 6B | 22-NOV-2004 | GC/H | Capt Ken - A. Carter | | 400277906 | | $15.00 | 22-NOV-2004 |
| 0053 | PMNT | 6B | 06-DEC-2004 | GC/H | Capt Ken's Foods | | 400278050 | | $15.00 | 15-DEC-2004 |
| 0056 | PMNT | 6B | 21-DEC-2004 | GC/H | Carter - Capt Ken's | | 700433678 | | $15.00 | 28-DEC-2004 |
| 0059 | PMNT | 6B | 19-JAN-2005 | GC/H | Capt Ken's - Carter | | 400279544 | | $15.00 | 20-JAN-2005 |
| 0060 | PMNT | 6B | 01-FEB-2005 | GC/H | Capt Ken's - Carter | | 400279926 | | $15.00 | 02-FEB-2005 |
| 0061 | PMNT | 6B | 15-FEB-2005 | GC/H | Capt Ken's - Carter | | 400280626 | | $15.00 | 15-FEB-2005 |
| 0062 | PMNT | 6B | 01-MAR-2005 | GC/H | Capt Ken's - Carter | | 400280877 | | $15.00 | 01-MAR-2005 |
| 0063 | PMNT | 6B | 15-MAR-2005 | GC/H | Capt Ken's - Carter | | 400281177 | | $15.00 | 16-MAR-2005 |
| 0064 | PMNT | 6B | 01-APR-2005 | GC/H | Capt Ken's - Carter | | 400281453 | | $15.00 | 04-APR-2005 |
| 0065 | PMNT | 6B | 12-APR-2005 | GC/H | Capt Ken's - Carter | | 400282213 | | $15.00 | 12-APR-2005 |
| 0068 | PMNT | 6B | 25-APR-2005 | GC/H | Capt Ken's - Carter | | 400282991 | | $15.00 | 26-APR-2005 |
| 0069 | PMNT | 6B | 10-MAY-2005 | GC/H | Capt Ken's - Carter | | 400283433 | | $15.00 | 10-MAY-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-OCT-2006 FOR: 2001Z00004/003 

DEBTOR: Carter, Paula Angelique

COURT NUMBER: 00-130(02) PRIORITY CODE: 02

CURRENT LIABILITY BALANCE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0072 | PMNT | 6B | 24-MAY-2005 | GC/H | Cap. Ken's - Carter | | 700435359 | | $15.00 | 25-MAY-2005 |
| 0073 | PMNT | 6B | 06-JUN-2005 | GC/H | Carter-Cap Kens Food | | 400284205 | | $15.00 | 07-JUN-2005 |
| 0076 | PMNT | 6B | 20-JUN-2005 | GC/H | Carter - Captain Ken | | 400284447 | | $15.00 | 20-JUN-2005 |
| 0077 | PMNT | 6B | 05-JUL-2005 | CL/A | Paula | | 284677 | | $15.00 | 12-JUL-2005 |
| 0078 | PMNT | 6B | 19-JUL-2005 | CL/A | Paula | | 285739 | | $15.00 | 21-JUL-2005 |
| 0079 | PMNT | 6B | 15-AUG-2005 | CL/A | Carter | | 286346 | | $15.00 | 16-AUG-2005 |
| 0080 | PMNT | 6B | 29-AUG-2005 | CL/A | Paula | | 286647 | | $15.00 | 31-AUG-2005 |
| 0081 | PMNT | 6B | 12-SEP-2005 | CL/A | Paula Carter | | 286935 | | $15.00 | 13-SEP-2005 |
| 0085 | PMNT | 6B | 27-SEP-2005 | CL/A | Paula | | 287229 | | $15.00 | 30-SEP-2005 |
| 0088 | PMNT | 6B | 11-OCT-2005 | CL/A | Paula Carter | | 287634 | | $15.00 | 12-OCT-2005 |
| 0089 | PMNT | 6B | 24-OCT-2005 | CL/A | Paula Carter | | 288651 | | $15.00 | 26-OCT-2005 |
| 0090 | PMNT | 6B | 07-NOV-2005 | CL/A | Paula Carter | | 438093 | | $15.00 | 14-NOV-2005 |
| 0091 | PMNT | 6B | 21-NOV-2005 | CL/A | Paula Carter | | 289503 | | $15.00 | 22-NOV-2005 |
| 0092 | PMNT | 6B | 05-DEC-2005 | CL/A | Paula Carter | | 289954 | | $15.00 | 06-DEC-2005 |
| 0093 | PMNT | 6B | 19-DEC-2005 | CL/A | Paula Carter | | 290273 | | $15.00 | 20-DEC-2005 |
| 0096 | PMNT | 6B | 17-JAN-2006 | CL/A | Paula Carter | | 290882 | | $15.00 | 18-JAN-2006 |
| 0097 | PMNT | 6B | 30-JAN-2006 | CL/A | Paula Carter | | 291089 | | $15.00 | 01-FEB-2006 |
| 0098 | PMNT | 6B | 13-FEB-2006 | CL/A | Paula Carter | | 4641001129 | | $15.00 | 27-FEB-2006 |
| 0099 | PMNT | 6B | 24-FEB-2006 | CL/A | Paula Carter | | 4641001444 | | $15.00 | 06-MAR-2006 |
| 0100 | PMNT | 6B | 13-MAR-2006 | CL/A | Paula | | 4641001935 | | $15.00 | 22-MAR-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-OCT-2006 FOR: 2001Z00004/003 PAGE: 4 OF 4

DEBTOR: Carter, Paula Angelique

COURT NUMBER: 00-130(02) PRIORITY CODE: 02

CURRENT LIABILITY BALANCE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | PMNT | 6B | 27-MAR-2006 | CL/A | Carter | | 4641002263 | | $15.00 | 03-APR-2006 |
| 0102 | PMNT | 6B | 10-APR-2006 | CL/A | P. Carter | | 4641002673 | | $15.00 | 20-APR-2006 |
| 0105 | PMNT | 6B | 24-APR-2006 | CL/A | Captain Kens Food | | 4641003087 | | $15.00 | 03-MAY-2006 |
| 0106 | PMNT | 6B | 08-MAY-2006 | GC/H | Captain Kens Foods | | 4641003458 | | $15.00 | 09-MAY-2006 |