# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Criminal No. 00-130(02)MJD |
| | ) | |
| PAULA ANGELIQUE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on October 12, 2006, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Captain Ken Frozen Foods
Attn: Payroll Representative
XXXX
St. Paul, MN 55107

Paula Angelique Carter
XXXX
Inver Grove Heights, MN 55076

s/ Muriel Holland